**Brian SCHULTZ, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 75981.**

Missouri Court of Appeals,
Western District.

March 4, 2014.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Todd T. Smith, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division I: CYNTHIA L. MARTIN, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

**Order**

PER CURIAM:

Brian Schultz appeals the judgment of the Circuit Court of Jackson County, Missouri, denying his motion for post-conviction relief after an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).